*33*

Lawrence Dancier Jackson
*(full name/prisoner number)*
Shoshone - Bannock Correctional Facility
P.O. Box 870
Fort Hall Idaho 83203
*(complete mailing address)*
Plaintiff/Petitioner

**U.S. COURTS**

**OCT 25 2021**

Rcvd_____Filed_____time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Lawrence Dancier Jackson,
*(full name)*

Plaintiff/Petitioner,

v.

T-MOBILE OPERATION: WALARM
@ post et al.

Defendant/Respondent.

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS**

By completing this Application, I am requesting in forma pauperis status rather than paying the filing fee at the time of filing. I understand that, if my request is granted in a civil rights case, my fee will not be waived, but I will be responsible to pay the entire fee from my prison trust account in increments, when and as I am able to do so. If my request is granted in a habeas corpus case, the fee will be waived.

1. Are you employed? Yes ◯ No. ☑. If employed, please state your job title and the total amount of wages you make per month.

   _____  $_____ per month
   Job Title

2. Within the past six (6) months, have you received any money from any of the following sources?
   a. Business, or other form of self-employment?   Yes ◯ No ☑
   b. Rent payments, interest or dividends?   Yes ◯ No ☑

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 1**   *(Rev. 10/24/2011)*

Lawrence Dancier Jackson (34)

Plaintiff

v.

T-MOBILE OPERATION: WALARM, T-MOBILE OPERATION: RELEASE WEAPONS..., T-MOBILE OPERATION: CRASH, THREE T-MOBILE OPERATORS WITH CODE NAMES, IDAHO GOOGLE DIRECTOR KATARKA, SOUTH EAST IDAHO GOOGLE STORE OPERATOR CHELSEA, 6 UNKNOWN UNNAMED AMAZON OPERATORS WITH CODE NAMES, 6 UNKNOWN UNNAMED FEDERAL BUREAU OF INVESTIGATION ADVANCED PERSISTENT THREAT OPERATIONS AGENTS, 6 UNKNOWN UNNAMED AGENTS OF THE SHOSHONE-BANNOCK TRIBAL JUSTICE CENTER, 3 UNKNOWN UNNAMED AGENTS CONNECTED TO T-MOBILE CHUBBUCK IDAHO STORE OPERATOR, 6 UNKNOWN UNNAMED AGENTS OPERATING RADIOLOGICAL WEAPONS ENGAGED IN AERIAL WARFARE TRAINING ACTIVITIES, 6 UNKNOWN UNNAMED METRO-by-T-MOBILE ALCATEL (ALQUEDA ISIS) AGENTS OF A FORIEGN POWER, AND 6 UNKNOWN UNNAMED TCL "ALQUEDA ISIS" MI6 DOUBLE AGENTS,
                    DEFENDANT(s).

c.   Pensions, annuities, or life insurance payments?    Yes◯ No⊘
d.   Welfare, social security, or disability benefits?    Yes◯ No⊘
e    Gifts or inheritances?    Yes◯ No⊘
f.   Friends or family?    Yes◯ No⊘
g.   Any other sources? *SB Tribes Per Cap*    Yes⊘ No◯
(identify source)

3.   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past six (6) months.
*SB Tribes $2000 State of Emergency Payment and $1400 tax return Rebate Stimulus*

4.   Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property?

Yes ⊘   No ◯   If the answer is "yes," describe the property and state its approximate value.
*Camaro 91  $2000⁰⁰*

5.   List the persons who are dependent upon your support, state your relationship to those persons, and indicate how much you contribute or are obligated to contribute, toward their support.

| Person | Relationship | Due Each Month |
|---|---|---|
| *Theodore William Jackson III* | *Father* | $ |
| | | $ *300⁰⁰* |

6.   I have attached a Prison Trust Account Statement to this Form. Yes ⊘   No ◯.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this *16* day of *October*, *2021*

*Lawrence Dancher Jackson*
Plaintiff/Petitioner

*Notes: You do not need to send a copy of this document to Defendant/Respondent. This Application must be accompanied by a Prison Trust Account Statement. This Application takes the place of an in forma pauperis motion and affidavit. Notarization is not necessary because the Application is signed under penalty of perjury.*

**PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS - 2**    *(Rev. 10/24/2011)*