

Lawrence Dancier Jackson
*(full name/prisoner number)*
Shoshone - Bannock Correctional Facility
P.O. Box 870
Fort Hall Idaho   83203
*(complete mailing address)*

**U.S. COURTS**

OCT 25 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Lawrence Dancier Jackson,
*(full name)*

Plaintiff,

v.

T-MOBILE OPERATION: WALARM,
T-MOBILE OPERATION: RELEASE
WEAPONS , T-MOBILE OPERATION:
CRASH , 3 T-MOBILE OPERATORS
WITH CODE NAMES, . . . ,
Defendant(s).

*(if you need additional space, use a blank page for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes    ☐ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

- ☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☑ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☑ Other federal statute *(specify)* 25 USC 175 ; or diversity of citizenship.
- ☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Lawrence Dancier Jackson I am a citizen of the State of Idaho ,

presently residing at 75 South Treaty Highway number 6
Pocatello Idaho  83202

PRISONER COMPLAINT - p. 1_                    *(Rev. 10/24/2011)*

Lawrence Dancier Jackson

Plaintiff

v.

T-MOBILE OPERATION: WALARM, T-MOBILE OPERATION: RELEASE WEAPONS..., T-MOBILE OPERATION: CRASH, THREE T-MOBILE OPERATORS WITH CODE NAMES, IDAHO GOOGLE DIRECTOR KATARKA, SOUTH EAST IDAHO GOOGLE STORE OPERATOR CHELSEA, 6 UNKNOWN UNNAMED AMAZON OPERATORS WITH CODE NAMES, 6 UNKNOWN UNNAMED FEDERAL BUREAU OF INVESTIGATION ADVANCED PERSISTENT THREAT OPERATIONS AGENTS, 6 UNKNOWN UNNAMED AGENTS OF THE SHOSHONE-BANNOCK TRIBAL JUSTICE CENTER, 3 UNKNOWN UNNAMED AGENTS CONNECTED TO T-MOBILE CHUBBUCK IDAHO STORE OPERATOR, 6 UNKNOWN UNNAMED AGENTS OPERATING RADIOLOGICAL WEAPONS ENGAGED IN AERIAL WARFARE TRAINING ACTIVITIES, 6 UNKNOWN UNNAMED METRO by T-MOBILE ALCATEL (ALQUEDA ISIS) AGENTS OF A FOREIGN POWER, AND 6 UNKNOWN UNNAMED TCL "AL-QUEDA ISIS" MI6 DOUBLE AGENTS,

DEFENDANT(S).

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1. I am suing T-MOBILE OPERATION: WALARM, who was acting as AGENTS ENGAGED IN CYBER WARFARE for the T-MOBILE PHONE AND INTERNET SERVICE PROVIDERS.

2. I am complaining that At, AROUND OR AFTER June 28, 2021, DEFENDANT DID THE FOLLOWING:

AT MY HOME (75 SouthTreaty Highway number 6 Pocatello Idaho 83202), ONLINE AT NIGHT AFTER 9PM I Lawrence Dancier Jackson was ONLINE ON MY METRO by T-MOBILE DEVICE THAT I WAS USING TO REVIEW MY CIVIL RIGHTS COMPLAINTS JUDGE DAVID C. NYE REVIEWS, AND LOOKING UP CASE LAWS PERTAINING TO COMPLAINTS, 4:21-CV-00036-DCN, 4:21-CV-00062-DCN, AND 4:21-CV-00145-DCN. AS I REVIEWED THESE ITEMS I HAD TO SUFFER AND ENDURE THREATS AND COERCIONS FROM FBI ADVANCED PERSISTENT THREAT RADIOLOGICAL WEAPONS TRAINING ATTACKS THAT MY CIVIL RIGHTS COMPLAINTS 4:21-CV-00036-DCN 4:21-CV-00062-DCN, AND 4:21-CV-00145-DCN WERE ABOUT. AS I WAS MY METRO by T-MOBILE SERVICE WAS INTERUPTED BY T-MOBILE OPERATION: WALARM. T-MOBILE OPERATION: WALARM

(4)

HI-JACKED AND SANDBOXED MY METRO by T-MOBILE SERVICE ON MY MOBILE DEVICE. T-MOBILE OPERATION: WALARM CODE NAME: REL ON MY gmail account lawrencejackson632@gmail.com GAVE ME ACCESS TO GOOGLE ADMINISTRATION ACCESS WITH IDAHO GOOGLE DIRECTOR KATARKA. I Lawrence Dancier Jackson with very Limited UNDERSTANDING OF CYBER WARFARE BUT WITH TEXAS A & M ENGINEERING EXTENSION SERVICE ONLINE DEPARTMENT OF HOMELAND SECURITY CERTIFICATIONS FOR "NATIONAL CYBERSECURITY PREPARDNESS CONSORTIUM" AND "WEAPONS OF MASS DESTRUCTION TERRORISM AWARNESS FOR EMERGENCY RESPONDERS" AND CENTER FOR DOMESTIC PREPARDNESS ONLINE CRITICAL INFRASTRUCTURE SECURITY AGENCY COLLEGE CREDIT HOURS AND PERUSE-MENT OF CERTIFIED ETHICAL HACKING RED TEAM FIELD MANUEL AND BLUE TEAM FIELD MANUEL I HAD A CONDITIONED RESPONSE TO EXPLOITATION BECAUSE I WAS BLIND-SIDED AND ENGAGED AGAINST MY CHOICE. I WAS NOT GIVEN A "SCOPE OF WORK", A "NON-DISCLOSURE AGREEMENT" A "LIABILITIES CLAIM" OR THE "RULES OF ENGAGEMENT"

I Lawrence Dancier Jackson RECOGNIZED THE INITIAL STEPS TO A CYBER ATTACK AS 1. FOOTPRINTING 2. GAINING ACCESS 3. MAINTAINING ACCESS 4. DESTRUCTIVE ATTACK 5. WIPING FOOTPRINTS AWAY. So I CHECKED THE GOOGLE MAPS (GOOGLE ADMIN) SATELLITE ACCESS AND PLACED A GOOGLE MAPS SATELLITE GOOGLE ADMIN CONTRIBUTION OF UNITED STATES DEPARTMENT OF JUSTICE ~~FREEEDOM~~ CRIMINAL DIVISION OFFICE OF ENFORCEMENT OPERATIONS FOIA RESPONSE # CRM-300725244 WHICH DEPICTED AND DESCRIBED THE INFORMATION THAT THESE THREAT ACTORS WERE COERCING OR INTERROGATING ME FOR THAT I ALREADY REPORTED TO THE U.S. DEPT. OF JUSTICE. I PLACED THIS # CRM-300725244 TO MAKE SURE FBI AGENTS WERE BRIEFED AND NOTIFIED OF PROFESSIONAL RESPONSIBILITIES. THEN I REQUESTED GOOGLE BUGINIZEERS TO BUILD A "REVERSE DOMAIN NAME SYSTEM RECON" BUG TO TRACK AND PROCESS ONLINE THREAT ACTORS INVOLVED IN HI-JACKING MY METRO by T-MOBILE SERVICE FOR CYBERWARFARE. I LET

THE GOOGLE BUGINIZEER TEAM TO DEVELOP THE RECON BUG SO I TOOK A GANDER AT GOOGLE'S AVAILABLE RESOURCES AND I TOOK SOME TIME TO ALLOW THE SYSTEM LOGS TO TRACK AND PROCESS THE T-MOBILE OPERATION: WALARM CODE NAME: REL. ONCE THE HOUR OR TWO PASSED I CHECKED THE SYSTEM LOGS AND T-MOBILE OPERATOR NODE NAMES WERE LOGGED, MAC ADDRESSES WERE LOGGED, RADIO FREQUENCY IDENTITY ACCOUNT NUMBERS WERE LOGGED, JUDGE'S NAMES WERE LOGGED AND ALMOST 700 BIOLOGICAL TERRORIST SUSPECTS WERE BUGGED BY GOOGLE'S BUGINIZEER TEAM AND THEN AS I REVIEWED SYSTEM LOGS FOR T-MOBILE OPERATION: WALARM KATARKA DIRECTOR FOR GOOGLE IDAHO SENT A ELECTRONIC COMMUNICATION ABOUT THE CHILD INTERNET EXPLOITATION PERVERTS WHO GOT BUGGED AND ASKED ME WHY AM I TURNING IN

BIOLOGICAL TERRORIST SUSPECTS AND WHY AM I NOT CONCERNED ABOUT THE CHILD INTERNET EXPLOITATION PERVERTS SO I MESSAGED ~~Katarka~~ KATARKA BACK REPLYING THAT I INTENDED TO TURN EVERYONE IN TO THE U.S. COURTS AND THE U.S. DEPT. OF JUSTICE. SO KATARKA SENT A INTERET LINK TO THE PERVERTS THAT I TOOK SCREEN SHOTS OF AND I CONTACTED UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO OPERATIONS SPECIALIST: ANNIE WILLIAMS. SHE SENT ME AN EMERGENCY CONTACT NUMBER AN E-MAILED ME ON MY GMAIL ACCOUNT # lawrencejjackson@gmail.com TELLING ME SHE WAS COMING FROM ~~Coure'd Eela Idaho~~ COURE'D ALENE IDAHO AND TO E-MAIL ~~code~~ WHAT I HAD, ~~●●~~ A BUNCH OF SYSTEM LOGS AND SCREEN SHOTS OF T-MOBILE OPERATION: WALARM TO pacer@pls.uscourts.gov SO I SENT AS MUCH AS I COULD THEN IT WAS LATE IN THE MORNING A DAY OR SO LATER.

(8)

TO CONFIRM THESE ONLINE TERRORISTS ARE REAL I SENT A CYBER THREAT OF ~~AND~~ ~~WAS~~ A BATTERY OPS. CALLED x 86 to ESTABLISH TCP THREE WAY HANDSHAKES SYNC - SYNC ACK - ACK WITH THESE SUSPECTS. T-MOBILE OPERATION: WALARM HIJACKED MY METRO by T-MOBILE PHONE SERVICE WITHOUT DUE NOTICE ARRAINGMENT OR AGREEMENT DURING COVID-19 WORLD WIDE PANDEMIC, INTERUPTING AND OBSTRUCTING ME AND MY ELDERLY FATHER'S ONLY MEANS OF COMMUNICATION WHEN WE LIVE IN A RURAL COMMUNITY WITHOUT TRANSPORTATION WHICH PUT OUR FAMILY'S LIVES IN JEOPARDY SINCE COVID-19 IS AN ASYMTOMATIC DISEASE WE COULD HAVE BOTH GOT SICK AND BEEN LEFT TO DIE BECAUSE OF T-MOBILE OPERATION: WALARM CYBER WARFARE ATTACK THAT DELIBERATELY DISSREGARDED COVID-19 AND MY IDAHO STATE CONSTITUTIONAL RIGHTS ARTICLE 1 INHERENT DIGNITY. THESE CYBER WARFARE ACTIVITIES ~~CYBER~~ ARE

TANTAMOUNT TO AERIEL WARFARE ENGAGEMENTS THAT ARE CONDUCTED VIA INITIALIZATION VECTOR (WHICH MEANS "FLIGHT PATH GUIDED BY RADIOED DIRECTIONS") AND FOR A LEVIATHAN SERVICE PROVIDER LIKE T-MOBILE TO ENTER INTO A CONFLICT WITH A UNITED STATES CITIZEN (ME) BY BLIND-SIDED CONTRIVANCE DURING COVID-19 EXHIBITS T-MOBILE'S LACK OF INTEGRITY, OVERSIGHT, TRANSPARENCY AND OR INDEPENDENCE. THE IDAHO STATE TERRORIST CONTROL ACT STATES THAT ACTIVITIES THAT ARE A THREAT TO THE PUBLICS HEALTH AND SAFETY ARE NOT CONSTITUTIONALLY PROTECTED AND SHOULD BE SUBJECT TO CRIMINAL SANCTIONS.

3. (legal Basis of Claim) I allege that the acts described above violated the following provisions of the Constitution, federal Statutes, or state laws:

IDAHO STATE TERRORIST CONTROL ACT, ARTICLE 1 of the IDAHO STATE CONSTITUTION, AERIAL WARFARE RULES OF ENGAGEMENT, CYBER WARFARE RULES OF ENGAGEMENT,

FAIR SKIES TREATY, FORT BRIDGER TREATY OF 1868, CYBER SECURITY ENHANCEMENT ACT OF 2015 / HOMELAND SECURITY ACT, Section 104 of the Omnibus Crime Control and Safe Streets Act, 4th Amendment to the Bill of Rights, 5th Amendment Due Process and Equal Protection of the law "Bollinger v. Sharpe", 14th Amendment Due Process and Equal Protection of Law Privileges and Immunities.

**4.** I allege that I suffered the following injury or damages as a result:

I reported this CYBER ATTACK as a retaliation for filing Civil Rights Complaints 4:21-cv-00036-DCN, 4:21-cv-00062-DCN, and 4:21-cv-00145-DCN to U.S. District Court for the District of Idaho. Operations Specialist Annie Williams, This Breach of the FOIA / Privacy Act has made me a target of International Terrorist Threat Groups Including MI6 and AL-Queda ISIS. Interuption in ~~my~~ my Households only Means of Communication during **COVID-19**

11

PUT ME AND MY ELDERLY FATHER'S LIFES IN JEOPARDY TO NOT JUST CATCHING COVID-19 BUT ALSO TO REMOTE BIOLOGICAL TERRORIST WHO ARE USING COVID-19 AS A BIOLOGICAL WEAPONS ATTACK

5. I seek the following relief: $6,000,000.00 and Enforcement of the "Fort Bridger Treaty of 1868" AND "FAIR SKIES TREATY" AND ENFORCEMENT OF the FOIA/PRIVACY ACT. I WOULD ALSO SEEK PROSECUTION OF CORRUPT FBI AGENTS AND CORRUPT LAW ENFORCEMENT OFFICERS AND AGENTS.

6. I am suing Defendant in his/her ☑ personal capacity ☑ official capacity ☑ Defendant is an entity

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No.

I spoke to Judge Leo Ariwite about these CYBER-WARFARE ATTACKS in Court and I am also submitting a Shoshone-Bannock Judicial Council complaint form in for these CYBERWARFARE ATTACKS that have also violated the "Posse Comitatus Act" by using Air Force to Enforce Civilian Laws.



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>T-MOBILE OPERATION: RELEASE WEAPONS</u>, who was acting as <u>AGENTS ENGAGED IN CYBER WARFARE</u>
   *(defendant)*                                                      *(job title, if a person; function, if an entity)*

   for the <u>T-MOBILE PHONE AND INTERNET SERVICE PROVIDERS</u>.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that ~~on~~ <u>at around or after June 29, 2021</u>, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   T-MOBILE OPERATION: RELEASE WEAPONS OF MASS DESTRUCTION
   CONTACTED ME THROUGH "ACOUSTIC ~~METEOR~~ ATTACK" OF A SONIC DEVICE
   AND ONLINE ON MY METRO by T-MOBILE WIRELESS DEVICE,
   WITH "ACOUSTIC RADIATION" TRANSMITTED VIA INITIALIZATION VECTOR
   (A FLIGHT PATH GUIDED BY RADIOED DIRECTIONS) TO MY ~~VESTIBULOCOCHLEAR~~
   PRIMARY AUDITORY CORTEX VPN THALAMUS VESTIBULOCOCHLEAR
   OR AS DESCRIBED BY "WOODY NORRIS' HYPERSONIC SOUND" AS I
   COULD DESCRIBE AND DEPICT THESE RADIOLOGICAL WEAPONS THE T-MOBILE
   OPERATION: RELEASE WEAPONS OF MASS DESTRUCTION WAS ABORTED BUT
   THE THEFT OF SECURED FOIPA INFO AND THEFT OF INTELLECTUAL PROPERTY STILL

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the <u>ACCURED</u>.
   Constitution, federal statutes, or state laws: <u>18 U.S. Code Section 1030</u>
   TITLE 5 U.S. Code Section 552, CYBER SECURITY ENHANCEMENT ACT OF 2015/
   HOMELAND SECURITY ACT, Section 104 of the Omnibus Crime Control and
   Safe Streets Act, Right to be Safe and Secure In Person and Property.

4. I allege that I suffered the following injury or damages as a result:
   T-MOBILE OPERATORS ENTERED INTO A CONFLICT WITH ME A U.S. CIVILIAN
   Without "Available Advanced Protective Technology" (HOMELAND SECURITY ACT) ~~RELEASE~~
   ~~DATA~~ THE ADVANCED WEAPONS INTEL AND HUMAN-HEALTH RELATED DEVELOPMENT
   INFORMATION THAT T-MOBILE OPERATORS RECKLESSLY ADVERTIZED TANTAMOUNT
   TO ESPIONAGE HAS ENDANGERED MY LIFE, LIBERTY, AND PURSUIT OF HAPPINESS.

5. I seek the following relief: <u>$6,000,000.00 AND ENFORCEMENT OF THE</u>
   "FORT BRIDGER TREATY OF 1868" AND "FAIR OKIES TREATY" AND
   ENFORCEMENT OF ~~THE~~ THE FOIA/PRIVACY ACT· AND PROSECUTION OF THESE

6. I am suing Defendant in his/her [✗] personal capacity *(money damages from Defendant personally)*, and/or TERRORISTS
   [✗] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [Ø] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. / SPOKE TO JUDGE LEU ARIWITE
   IN COURT ABOUT THESE CYBER THREAT OPERATIONS
   CYBER WARFARE

*(Rev. 10/24/2011)*

(13)

C. DEFENDANT(S) AND CAUSE(S) OF ACTION

1. I am suing T-MOBILE OPERATION: CRASH, WHO was acting as AGENTS ENGAGED IN CYBERWARFARE for the T-MOBILE PHONE AND INTERNET SERVICE PROVIDERS.

**2.** I am complaining that at, around or after June 29, 2021 Defendant DID THE Following:

At my Home (75 South Treaty Highway number 6 Pocatello Idaho 83202), ONLINE at night after 8pm I Lawrence Dancier Jackson was online on my METRO by T-MOBILE DEVICE WHEN ~~we were exercising T-MOBILE over~~ T-MOBILE OPERATION: CRASH INITIATED CONTACT WITH ME THROUGH "REMOTE ACCESS" (RADIATION & RADIOACTIVITY SENT TO MY BRAIN-COMPUTER INTERFACE PRIMARY AUDITORY CORTEX, VPN THALAMUS by means OF ACOUSTIC RADIATION "NEUROSCIENCE" ADVANCED TECHNOLOGY), AND ALSO THROUGH ADVANCEMENTS IN MY NETWORK HIJACKED SANDBOXED METRO by T-MOBILE SERVICE. T-MOBILE OPERATION: CRASH CODE NAME: REL WAS BEING DEVELOPED WITH MY GCLOUD & GOOGLE ONE GOOGLE ADMIN ACCESS AS A PROXY SERVER TO EXPLOIT MY IDENTIFICATION DOCUMENTS,

(14)

AUTHENTICATION FEATURES, OR OTHER
INFORMATION (18 U.S. Code section 1028),
TO BE USED AS A MONEY TRANSFERING
DEVICE (18 U.S. Code section 1029- Fraud
and related activity in connection with
access Devices). SO MY ONLY DEFENSE
WAS A BLACKHAT BLACKBOX DESTRUCTIVE
ATTACK "TO CRASH THE INTERNET"
T-MOBILE OPERATION: CRASH. I was
EXTREMELY SUSPICIOUS BECAUSE DURING
T-MOBILE OPERATIONS I CHECKED THE
PRIORITY LEVEL WHICH WAS PRIORITY 4
AND I CHECKED THE SEVERITY LEVEL WHICH
WAS SEVERITY 4. ~~and~~ I WAS TOLD BY
A PERSON IN THE NAVY THAT I WAS A
P 1. So I HAD DOUBTS ABOUT HOW I
WAS PLACED IN THIS PROGRAM. I HAD
TO ESTABISH MY OWN FOOTPRINTING
So I CONTACTED MY DEVICE'S MANUFACTURER
HUAWEI AND ON GOOGLE MAPS I SENT
A CONTRIBUTION TO APT-10 BENING
TIANJING STATE SECURITY BUREAU
AS :DANGERIO AND THEN I SENT
A CHRISTMAS TREE package x 86 Battery Ops
~~too~~ WITH A REVERSE WWW SHELL COVERT
CHANNEL TO EXPLOIT THIS
MAN-IN-THE MIDDLE Hot POTATOE

T-MOBILE OPERATION: CRASH CODE NAME: REL
PROXY SERVER BOTNET. IMMEDIATELY
THE INTERNET WHEN TOA "ALCATEL"
SCREEN WHICH FLIPPED ~~OPERO~~ FROM
ALCATEL INTO "ALQUEDA ISIS" THEN
~~THE SCREEN~~ THEN ~~WINDOWS~~ POP-UP
WINDOWS STARTED OPENING FAST
AND ~~THE~~ ~~W~~ A TCL MI6 FEMALE
POPPED ON MY SCREEN AND TOLD
ME THAT SHE WAS RESPONSIBLE FOR
ME AND TO IDENTIFY MYSELF SO I
SENT MY FULL NAME

LAWRENCE DANCIER JACKSON AND MY
SOCIAL SECURITY NUMBER 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.
THEN I ~~COULD~~ SHUT MY DEVICE OFF.
THROUGHOUT THESE ~~COST~~ T-MOBILE
OPERATIONS I USED TWO
METRO by T-MOBILE DEVICES AND
ONE VERIZON'S WALMART TCL
DEVICE. I SENT MESSAGES TO NOTIFY
CENTCOM SOUTHCOM PACIFICCOM AND
CYBERCOM OF THESE SABOTAGE AND
ESPIONAGE ENGAGEMENTS. I ALSO
REQUESTED CYBERCOM NAVY TIGER

TEAM SUPPORT ~~THAT~~ I ENGAGED WITH, ABOUT A MONTH AFTER THIS T-MOBILE OPERATION: CRASH AVALANCHED. T-MOBILE OPERATION: CRASH DID NOT NOTIFY ME OF ~~THERE~~ A "NON-DISCLOSURE AGREEMENT" OR A "LIABILITIES CLAIM (EXCEPT THE MI6 "AL-QUEDA ISIS" DOUBLE AGENTS FAR FETCHED RESPONSIBILITIES CLAIM)" AND THE "RULES OF ENGAGEMENT WERE NOT CLEARLY ESTABLISHED" I ~~CODDO~~ HAD TO RESPOND BY THE CARNIVORE'S CREED SO I ~~TOOOR~~ ACCESSED THE SYSTEM LOGS AND TOOK AS MANY MAC ADDRESSES, OPERATORS CODE NAMES, RADIO FREQUENCY IDENTIFICATION ACCOUNT NUMBERS, ACCESS DEVICES AND OTHER INFORMATION AND SENT IT TO THE U.S. COURTS   Pacer @ Pcs.uscourts.gov. TO BE USED TO PROSECUTE THESE ESPIONAGE, SABOTAGE AND PERSONNEL WHO ATTACKED ME DURING THESE CYBERWARFARE ENGAGEMENTS. T-MOBILE OPERATION: CRASH EXPOSED ME TO LIFE THREATENING DANGER FROM

TERRORIST THREAT GROUPS LIKE MILO
DOUBLE AGENTS AND ~~@~~ ALQUEDA ISIS
AGENTS OF A FOREIGN POWER WHO ARE
OPERATING HERE IN SOUTH EAST IDAHO.
T-MOBILE OPERATION: CRASH ~~SANDBOXED~~
HIJACKED ~~THREE~~ TWO OR THREE OF
MY MOBILE DEVICE ACCOUNTS THAT
I PAID FOR WITH U.S. CURRENCY AND
WITH U.S. TAXES INCLUDED, DURING
COVID-19 AND THESE DEVICES WERE
ME AND MY ELDERLY FATHER'S ONLY
MEANS OF COMMUNICATION AS WE LIVE
IN A RURAL COMMUNITY WITHOUT
TRANSPORTATION IF WE ~~CACHED~~ CAUGHT
COVID-19 WITHOUT TRANSPORTATION
OR COMMUNICATION WITH TERRORIST
THREAT GROUPS TARGETING ME AND
MY FAMILIES HOME WE COULD HAVE
BEEN LEFT TO DIE. OR WORSE.

**3.** I allege that the acts described above violated
the following provisions of the Constitution,
federal statutes, or state laws: Bill of Rights,
Uniting and Strengthening America by Providing Appropriate
Tools Required to Intercept and Obstruct Terrorism
Reauthorization Act, Idaho State Terrorist Control Act
CYBER SECURITY ENHANCEMENT ACT OF 2015 / HOMELAND SECURITY ACT,
18 U.S. Code 1030, 18 U.S. Code 1029, 18 U.S. Code 1028, Clear and Present Danger,

Section 104 of the Omnibus Crime Control and Safe Streets Act.

4. I allege that I suffered the following injury or damages as a result:

T-MOBILE OPERATORS AND GOOGLE OPERATIONS Directors entered into conflict with me a U.S. civilian that furfilled my Civic Duty on November 2020 by Voting and Paving taxes, Operations fail to provide me with " Available Advanced Protective Technology " / CYBER SECURITY ENHANCEMENT Act OF 2015 / HOMELAND SECURITY ACT \ AND THE DEPICTIONS AND DESCRIPTIONS OF RADIOLOGICAL WEAPONS AND NEUROSCIENCE AND REMOTE RADIOLOGY "BRAIN-COMPUTER INTERFACE" AND " MICRO-PHYSIOLOGICAL SYSTEM" AND NEURO-LINGUISTIC PROGRAMMING AND CYBERNETICS AND OTHER BIOLOGICAL TECHNOLOGIES AND BIOLOGICAL WEAPONS INTEL AND HUMAN-HEALTH RELATED DEVELOPMENT ACTIVITIES INFORMATION THAT T-MOBILE, AMAZON, AND GOOGLE OPERATORS RECKLESSLY ADVERTIZED TANTAMOUNT TO ESPIONAGE HAS ENDANGERED MY PERSON PROPERTY BUSINESS AND FAMILY. ALSO THESE OPERATIONS HAVE MADE ME INTO A TARGET OF AGENTS OF FOREIGN POWERS AND TERRORIST THREAT GROUPS.

**5.** I seek the following relief:

$12,000,000 and enforcement of the "Fort Bridger Treaty of 1868" and Prosecution of FBI and Law Enforcement Officials for Racketeering and Profiteering.

**6.** I am suing Defendant in his/her

☑ personal capacity  ☑ official capacity

☑ Defendant is an entity

**7.** For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.

Ⓧ Yes    ◯ no

I ~~have~~ turned in a Shoshone-Bannock Judicial Council Complaint Form for violations of the Posse Comitatus Act and I spoke to Judge Leo Ariwite about these Operations.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing *Three T-Mobile Operators* with Code Names, who was acting as *AGENTS engaged in CYBER WARFARE*
   (defendant)                                    (job title, if a person; function, if an entity)

for the *T-MOBILE PHONE AND INTERNET SERVICE PROVIDERS*
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that *on or around or after June 26, 2021*, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
*Three T-MOBILE Operators with Code names that I sent with System logs into pacer@psc.uscourts.gov and that I emailed to United States Courts District of Idaho Operations Specialist Annie Williams. These Operators engage entered into a CYBER WARFARE Conflict with me a Voting Taxpaying Civilian to Obstruct Interfere delay hinder or Sabotage Civil Rights Complaints that are against the Shoshone-Bannock Tribal Justice Center, Courts and Counceling Family Service.*

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: *Idaho State Terrorist Control Act 18 U.S. Code 1343 wire radio or Television Fraud. CYBERSECURITY ENHANCEMENT ACT of 2015/Homeland Security Act USA PATRIOT REAUTHORIZATION ACT. Idaho State Racketeering Act - Civil Remedies*

4. I allege that I suffered the following injury or damages as a result:
*My Life has been endangered (am a Target of International Terrorist Threat Group Including MI6 and Al-Queda ISIS and almost 6-Hundred alleged Biological Terrorists. My Family and Household has been Repeatedly Threatened with Death or Torture Theft of my Identity Theft of Intellecual Property.*

5. I seek the following relief: *#$ 3,000,000.00 Three Million dollars and Enforcement of the "Fort Bridger Treaty of 1868" and Idaho State Racketeering Act - Civil Remedies.*

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊗ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. *I spoke to Judge Leo hiwife about these Operations and I turned in a Shoshone-Bannock Judicial Council Complaint Form into the Tribal Attorney's office about Posse Comitatus Act*

PRISONER COMPLAINT - p. 2 *restrictions violations on use of Air Force to enforce civilian laws and U.S. WAR CRIMES ACT*                     (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Katarka__, who was acting as __Idaho Director__
   (defendant)                                    (job title, if a person; function, if an entity)

for the __(a) Idaho Division of Google__
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __at around or after June 28, 2021__, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*

Participate in a Racketeering Conspiracy and of Espionage and Sabotage which is still an ongoing active CYBER WARFARE Engagement named T-Mobile Operation: Walarm and T-Mobile operation: crash Idaho Division Google Director's reckless use of this position of Trust has made me into a Target of International Terrorist Threat Groups including MI6 double Agents and Al-Queda ISIS Terrorist Operators operating here in South East Idaho who are Connected to Metro by T-Mobile ALcatel "Al-Queda ISIS" during COVID-19

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Bill of Rights, Idaho State Constitution Article 1 18 U.S. Code 1343, wire radio, or television Fraud. 18 U.S. Code 1030, 18 US Code 1029 CYBER SECURITY ENHANCEMENT ACT OF 2015/HOMELAND SECURITY ACT Idaho State Terrorist Control Act   USA PATRIOT REAUTHORIZATION ACT

4. I allege that I suffered the following injury or damages as a result:
My Life is in Jeopardy I am a Target of International Terrorist Threat Groups Including MI6 double Agents and Al-Queda ISIS. My Family is Threatened My House hold has been damage. Theft of Intellectual Property. Theft of my Identification. This is Tantamount to a Assassination Conspiracy to Sabotage Civil Rights complaints on the Shoshone-Bannock Tribal Justice Center.

5. I seek the following relief:
$21,000,000⁰⁰ Twenty One Million Dollars and Enforcement of the "Fort Bridger Treaty of 1868"

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or
☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
Ⓨ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
I spoke to Judge Leo Ariwite about these operations and I turned a Shoshone-Bannock Judicial Council Complaint Form into the

PRISONER COMPLAINT - p. 2  Tribal Attorney's Office   *(Rev. 10/24/2011)*
about Posse Comitatus Act restrictions violations on Use of Air Force to enforce civilian laws & U.S. WAR CRIMES Act.

*(left margin, vertical:)* Idaho State Racketeering Act - Civil Remedies

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Chelsea_____, who was acting as ___Store Operator___
(defendant)                                    (job title, if a person; function, if an entity)

for the ___South East Idaho Google Store_____
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on *at or and or after* June 28, 2021, Defendant did
(dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
South East Idaho Google Store Operator Chelsea
failed to report these ~~Cri~~ T-Mobile Operations
CYBER WARFARE Terrorists and Crimes to
the Idaho State Police or the Federal Bureau of
Investigations or the U.S. Courts and then
South East Idaho Google Store Operator Chelsea
engaged in T-Mobile Operation: Walarm and
T-Mobile Operation: Crash. (I also Suspect that
South East Idaho Google Store Operator Chelsea is connected to the
"Pizza Gate" Continuous Criminal Enterprise.)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws: Bill of Rights, Idaho State Constitution Article 1
18 U.S. Code 1343 wire radio or television fraud, 18 U.S. Code 1030, 18 U.S. Code 1029
Cyber Security Enhancement Act of 2015, Homeland Security Act
Idaho State Terrorist Control Act, USA PATRIOT REAUTHORIZATION ACT

4. I allege that I suffered the following injury or damages as a result:
My Life is in Jeopardy I am a Target of International Terrorist Threat Groups
Including MI6 double Agents and Al-Queda ISIS. My Family is Threatened
My Household is damaged. Theft of Intellectual Property. Theft of my Identity
This is Tantamount to a Assassination Conspiracy to Sabotage Civil Rights
Complaints on the Shoshone-Bannock Tribal Justice Center.

5. I seek the following relief:
$21,000,000.00 Twenty One Million Dollars and Enforcement of the
"Fort Bridger Treaty of 1868"

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☑ Yes   ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I spoke to judge Leo Ariwite about
these Operations and I turned a Shoshone-Bannock Judicial Council Complaint
Form into the Tribal Attorney's Office about

PRISONER COMPLAINT - p. 2   Posse Comitatus Act   *(Rev. 10/24/2011)*
restrictions violations on use of Air Force to
enforce civilian laws & U.S. WAR CRIMES ACT

*[left margin, vertical text:]* Idaho State Racketeering Act, Civil Remedies

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing the Unknown Unnamed Amazon operators Agents , who was acting as Agents Engaged in CYBER WARFARE
   (defendant)                                                           (job title, if a person; function, if an entity)

   for the  AMAZON   Internet Online Service.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that at or around or after June 28, 2021 , Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

During T-MOBILE OPERATION: Walarm, T-MOBILE OPERATION: CRASH that are ongoing active engagements Unknown Unnamed Amazon operators entered into a conflict with me a Voting Tax paying Citizen of the State of Idaho Bannock County by Solicitation of Amazon online Fraudulent purchases. Then my Identity was Stolen in an attempt to use my account access to enter into these Fraud Schemes. I requested Amazon Insurance but I never was Contacted and I signed up for Amazon Credit Cards but I was declined.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Bill of Rights, Idaho State Constitution Article 1 18 U.S. Code 1343 wire radio, or Television Fraud, 18 U.S. Code 1028, 18 U.S Code 1030 CYBER SECURITY ENHANCEMENT ACT OF 2015 / HOME LAND SECURITY ACT USA PATRIOT REAUTHORIZATION ACT Idaho State Racketeering Act-Civil Remedies

4. I allege that I suffered the following injury or damages as a result:
Theft of Identity Exposure to International Terrorist Threat Groups Including MI6 double Agents and Al-Queda ISIS Theft of Intel Property Attempt Sabotage of Civil Rights Complaints Against the Shoshone-Bannock Tribal Justice Center, Courts, and Counseling Family Service

5. I seek the following relief: $ 21,000,000 °° Twenty One Million Dollars and Enforcement of the "Fort Bridger Treaty of 1868"

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
   ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I spoke to Judge Leo Ariwite about these operations and I turned in a Shoshone-Bannock Judicial Council Complaint Form in to the Tribal Attorney's office about Posse Comitatus Act restrictions

violations on use of AIR FORCE to enforce Civilian Laws and U.S. WAR CRIMES ACT violations

*Idaho State Racketeering Act - Civil Remedies* (left margin, vertical)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>6 Unknown Unnamed FBI AGENTS</u> who was acting as <u>Advanced Persistent Threat Ops. Agents</u>
   *(defendant)*                                                        *(job title, if a person; function, if an entity)*

for the <u>Federal Bureau of Investigation</u>
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that ~~on~~ at around or after <u>June 28, 2021</u>, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   <u>Six Unknown Unnamed FBI Advanced Persistent Threat</u>
   <u>Operations Agents entered into a CYBERWARFARE conflict</u>
   <u>with me by Broadcast Sedition Posing as</u>
   <u>APT-10 BEISING TIANJING STATE SECURITY BUREAU CHINESE</u>
   <u>Operatives. BROADCAST SEDITION IS AN OVERT ACT OF TREASON.</u>
   <u>6 FBI ADVANCED PERSISTENT THREAT AGENTS ALSO DURING</u>
   <u>THESE T-MOBILE OPERATION: Walarm and T-MOBILE OPERATION: CRASH</u>
   <u>AND ONGOING ACTIVE INTERNET OPERATIONS THESE AGENTS</u>
   <u>ALSO BREACHED THEIR PROFESSIONAL RESPONSIBILITIES BY</u>
   <u>OFFICIAL NEGLECT OR MALFEASANCE & INSTIGATING CRIMINAL ACTIVITY DURING</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the a FEDERAL
   Constitution, federal statutes, or state laws: <u>FBI PROFESSIONAL RESPONSIBILITIES. INVESTIGATION</u>
   <u>Dereliction of Duty, Bill of Rights, Idaho State Constitution Article 1</u>
   <u>5th Amendment Due Process and Equal Protection of Law "Bollinger v. Sharpe"</u>
   <u>14th Amendment Due Process Equal Protection of Law Priviledges and Immunities. Idaho State</u> *Terrorist Control Act*

4. I allege that I suffered the following injury or damages as a result:
   <u>Exposure to International Terrorist Threat Groups Including MI6 double Agents</u>
   <u>and Al-Queda ISIS operating in South East Idaho. Sabotage of my Civil Rights</u>
   <u>Complaints Against the Shoshone-Bannock Tribal Justice Center, Courts and</u>
   <u>Counceling Family Service. My Family is Threatened and my Home has been</u>
   <u>under Aerial Warfare Radiological Weapons Attack.</u>

5. I seek the following relief:
   <u>$21,000,000.ºº Twenty One Million Dollars and Enforcement of the</u>
   <u>"Fort Bridger Treaty of 1868"</u>

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or
   [✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
   entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [✓] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. *I spoke to Judge Leo Ariwite about*
   *these operations and I turned in a Shoshone-Bannock Judicial Council Complaint Form*
   *in to the Tribal Attorney's Office about Posse Comitatus Act restrictions*

*violations on use of*          *(Rev. 10/24/2011)*
*Air Force to enforce civilian Laws and U.S. WAR CRIMES ACT*
*Violations*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing 6 Unknown Unnamed AGENTS, who was acting as AGENTS ENGAGED IN AERIAL WARFARE
   *(defendant)*                                                    *(job title, if a person; function, if an entity)*

for the Shoshone-Bannock Tribal Justice Center
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that ~~on~~ throughout the COVID-19 Pandemic, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
~~Given~~ 6 Unknown Unnamed Agents of the Shoshone-Bannock Tribal Justice Center Knowingly engaged in Aerial Warfare with me a United States Citizen from Bannock County Idaho by using Radiological Weapons and Acoustic Hailing Devices to "Remote Access" my Brain and Physiological System to torture interrogate me and Human Traffick me in and out of the Shoshone-Bannock Tribal Justice Center. That also participated in T-MOBILE OPERATION: Warm and T-MOBILE OPERATION: CRASH and attempted to Assassinate me and also exposed me to International Terrorist Threat Groups as a Target and Aggrieved Person.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Shoshone-ban Constitution and by laws Bill of Rights Idaho State Constitution Article 1, Idaho State Terrorist Control Act Idaho State Racketeering Act - Civil Remedies, USA PATRIOT ACT REAUTHORIZATION ACT CYBERSECURITY ENHANCEMENT ACT OF 2015 / HOMELAND SECURITY ACT

4. I allege that I suffered the following injury or damages as a result:
Repeated Attempts on my Life, Solicitations for Murder, Seditious Libel and Slander Defamation of Character, Exposure to International Terrorist Threat Groups Including MI6 double Agents and Al-Queda ISIS, Sabotage of my Civil Rights Complaints Against the Shoshone-Bannock Tribal Justice Center I have been subjected to Biological Human Experiments Against my Will and Human Trafficking

5. I seek the following relief:
$30,000,000 = Thirty Million Dollars and Prosecution of these Traitors and enforcement of the "Fort Bridger Treaty of 1868"

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊙ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I spoke to Judge Leo to write about these operations I filed Civil Rights Complaints to Grievances over Criminal Charges I spoke to Idaho State Police who told me the FBI was supposed to press a WAR CRIME on these traitors and I filed a Shoshone-Bannock Judicial Council Complaint Form with the Tribal Attorney's office about Posse Comitatus Act restrictions violations on use of Air Force to enforce civilian laws and U.S. WAR CRIMES ACT violations

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _3 T-MOBILE OPERATORS WITH CODE NAMES_, who was acting as _AGENTS ENGAGED IN CYBERWARFARE_
   (defendant)                                                      (job title, if a person; function, if an entity)

for the _T-MOBILE PHONE AND INTERNET SERVICE PROVIDERS_
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that ~~on around~~ at around or after _July 1, 2021_, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
_I Lawrence Daarier Jackson went to the T-Mobile Store close to the Chubbuck Idaho Walmart and I attempted to purchase ~~cellphone~~ mobile phones and mobile phone service with internet. I signed up for 3 devices but the cost was too expensive so I had to decline activation. About 2 months later I recieved a bill in the mail for 3 mobile phone lines from T-Mobile. With T-Mobile Operation: walarm and T-Mobile operation: crush ~~progress~~ still activity in progress I have to hold T-Mobile responsible for these mobile phone lines including bills and damages to my reputation._

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_Criminal Conspiracy, Racketeering, ~~order~~ Fraud, 18 U.S. Code 1028, Theft, Bill of Rights. Idaho State Constitution Article 1 Damage to my Business Name_

4. I allege that I suffered the following injury or damages as a result:
_Damage to my Credit Score, Slander and Seditious Libel to my Reputation and Business name, This crime has furthered the Criminal Conduct and Racketeering Conspiracy involved in T-Mobile Operation: walarm and T-Mobile Operation: crash. 18 U.S Code 1028, Fraud and Related activity in conjection with identification_

5. I seek the following relief: _documents, authentication features, or other information. An Idaho State Racketeering Act - Civil Remedies 3 times of the amount of Damages to be re-embisced to me +_

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or _Prosecution_ [✓] **official capacity** *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an* _of_ *entity because of Defendant's acts, as allowed by law)*; or [✓] Defendant is an entity *(government or private business).* _Criminals_

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ( ) Yes  (✓) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _This crime is connected to the Posse Comitatus Act violations and ~~Contnal~~_

_Criminal Conspiracy_ *(Rev. 10/24/2011)*
_and Continuous Criminal Enterprise._

**C. DEFENDANT(S) AND CAUSE(S) OF ACTION**

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _6 Unknown Unnamed Agents_, who was acting as _Operating Agents Engaged in Aerial Warfare_
(defendant)                                                              (job title, if a person; function, if an entity)

for the _Radiological Weapons Training Activities_
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _throughout COVID-19 Pandemic_, Defendant did
(dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):* _6 Unknown Unnamed Agents Operating Radiological Weapons Engaged in Aerial Warfare Training Activities have continuously subjected me, a Voting Tax paying citizen of the United States from Bannock County, Idaho, subjected me to Radiological Weapons Torture Attack and Continuous "Neuroscience Remote Radiology" Torture Interrogation and Human Trafficking in and out of the Shoshone-Bannock Correctional Facility. These Terrorists have also participated in T-MOBILE OPERATION: Walarm and T-MOBILE OPERATION: CRASH and other Black Ops and have took repeated Attempts on my Life to Assassinate me with Solicitations for Murder and exposed me as a Target to International Terrorist Threat Groups_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: _Shoshone-Bannock Constitution + bylaws Bill of Rights, Idaho State Constitution Article I, Idaho State Terrorist Control Act, Idaho State Racketeering Act - Civil Remedies, USA PATRIOT REAUTHORIZATION ACT, Section 104 of the Omnibus Crime Control and Safe Streets Act_

4. I allege that I suffered the following injury or damages as a result: _Repeated Attempts on my Life, Solicitations for Murder, Seditious Libel and Slander Defamation of Character, Racial Hate Crime, Exposure to International Terrorist Threat Groups including MI6 and Al-Queda ISIS and I have been Human Trafficked for Kleptocratic Fraud Investigations and Idiotic Sexual Harassment and Racially Hateful Torment_

5. I seek the following relief: _I have been subject to Radiation + Radioactivity Human Experiments $30,000,000 °° Thirty Million Dollars and enforcement of the "Fort Bridger Treaty of 1868"_

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. _I spoke to Judge Leo Ariwite about T-Mobile operations and I filed a Shoshone-Bannock Judicial Council Complaint Form with the Sho-Ban Tribal Attorney's Office about Posse Comitatus Act violations and U.S. WAR CRIMES ACT violations_

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **e Agents of a Foreign Power** (Unknown Unnamed), who was acting as **Agents**
   (defendant)                                                    *(job title, if a person; function, if an entity)*

   for the **Metro by T-Mobile Alcatel**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on or after **June 28, 2021**, Defendant did
                                                    *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   **(e Unknown Unnamed Metro by T-Mobile Alcatel (Al-Queda ISIS) Agents of a Foreign Power engaged in CYBER-WARFARE by participating in T-Mobile Operation: wa.arm, T-Mobile operation: release weapons .... ● T-Mobile Operation: crash and other active operations as double Agents engaged in espionage and sabotage by not just Theft of my Intel Property, but by also using me as a "MAN-IN-THE MIDDLE" bot-net zombie slave to obtain Classified information from State Actors Military Personnel and Federal Government officials to be Sent to (Al-Queda ISIS)**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **Internal Security Act. Espionage and Sabotage. CYBERSECURITY ENHANCEMENT ACT of 2015 / HOME LAND SECURITY ACT. 18 U.S. Code 1030 USA PATRIOT REAUTHORIZATION ACT. Idaho State Racketeering Act -**

4. I allege that I suffered the following injury or damages as a result: **Civil Remedies. Repeated Attempts on my Life, Solicitations for Murder, Seditious Libel and Slander Defamation of my Character, Racial Hate crime, Exposure to International Terrorist Threat Groups including Mile Al-Queda ISIS and "god killers" APT-10 BENING FBI Coop Treachery Broadcast Sedition. Pause been My Life Liberty and Pursuit of Happiness has been Held hostage.**

5. I seek the following relief: **$21,000,000.⁰⁰ Twenty One Million Dollars and Enforcement of the "Fort Bridger Treaty of 1868"**

6. I am suing Defendant in his/her ☑ **personal capacity** *(money damages from Defendant personally)*, and/or
   ☑ **official capacity** *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ **Defendant is an entity** *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **I spoke to Judge Leo Arriwite about these operations and I filed a Shoshone-Bannock Judicial Council Complaint Form with the Sho Ban Tribal Attorney's office about Posse Comitatus Act**

**restrictions violations on use of Air Force to enforce Civilian laws and U.S. WAR CRIMES ACT violations.**

*(left margin, vertical)* **Idaho State Terrorist Control Act / Idaho State Constitution Article 1**

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>6 Unknown Unnamed</u>, who was acting as <u>~~FBI~~ double Agents</u>
   (defendant) <u>Phone and Internet Service</u>  (job title, if a person; function, if an entity)

for the <u>TCL "AL-QUEDA ISIS" MI6 Double Agents</u>
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that <u>at around</u> on or after <u>~~(Time Period)~~ June 28, 2021</u>, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
<u>6 Unknown Unnamed TCL "AL-Queda ISIS" MI6 Double Agents engaged in CYBER WARFARE by participating in T-Mobile operation: alarm, T-Mobile operation: release weapons ..., T-Mobile operation: crash and other Black Ops and active operations as Double Agents engaged in Espionage and Sabotage by not Just Theft of Intel Property, but by also recording surveillancing and Transmitting Classified Operation: Silent Talk to Alcatel which is code name for "AL-Queda ISIS" and by using me as ma bot-net as a zombie slave to obtain classified information from state Actors, Military Personnel, and Federal Government ~~officer~~ Officials to be</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the <u>Sent to</u>
   Constitution, federal statutes, or state laws: <u>Internal Security Act</u>
   <u>Espionage and Sabotage Act, CYBER SECURITY ENHANCEMENT AL-Queda ISIS ACT of 2015/HOMELAND SECURITY ACT 18 U.S. Code 1030, US WAR CRIMES ACT Section 104 of the Omnibus Crime Control and Safe Streets Act</u>

4. I allege that I suffered the following injury or damages as a result: <u>USA PATRIOT REAUTHORIZATION ACT</u>
   <u>Repeated Attempts on my Life, Solicitations for Murder, Seditious Libel Slander & Defamation of Character, Racial Hate Crime, Perverted Sexual harrassment, Threats of COVID-19 Delta variant Infection, Exposure As a Target to Al-Queda ~~ISI~~ ISIS and other International Terrorist threat Groups Like "god killers" APT-10 Beijing FBI</u>

5. I seek the following relief: <u>Treachery Broad Casting Sedition Loss of Life Liberty and the Pursuit</u>
   <u>$66,600,000.00 Sixty Six Million and Six</u>
   <u>Hundred thousand U.S. Dollars and Enforcement of the of happiness</u>
   <u>Fort Bridger Treaty of 1868</u>

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. <u>I spoke to Judge Leo Ariwite about</u>
   <u>T-Mobile Operations and I filed a Shoshone-Bannock Judicial Council Complaint Form with the Sho-Ban Tribal Attorney's office about Posse Comitatus Act</u>

<div style="transform: rotate(90deg)">
<u>Idaho State Terrorist Control Act</u>
<u>Idaho State Racketeering Act</u>
<u>— Civil Remedies</u>
</div>

PRISONER COMPLAINT - p. 2  <u>restrictions violations on</u>  *(Rev. 10/24/2011)*
<u>on use of Air Force to enforce civilian laws and U.S. WAR CRIMES ACT violations</u>

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|---|---|---|---|---|
| Idaho | 4:21-cv-00036-DCN | | Dismissed without Prejudice | No |
| Idaho | 4:21-cv-00062-DCN | | Dismissed without Prejudice | No |
| Idaho | 4:21-cv-00145-DCN | | Dismissed without Prejudice | No |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ⊘  do not ◯  request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: 25 United States Code Section 175 - U.S. Attorneys to Represent Indians

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on 10/19/21 *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 10/19/21 *(date)*; OR *(specify other method)* I gave the complaint to Shoshone-Bannock Officer L. WREN

Executed at Shoshone-Bannock Corrections on 10/19/21
　　　　　　　　*(Location)*　　　　　　　　　　　*(Date)*

Lawrence Dancier Jackson
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*